# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:23CR214** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **MICHELLE LEE MARR,** | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court on the defendant's unopposed Motion to Continue Trial [57]. Counsel needs additional time to prepare for trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [57] is granted as follows:

1. The jury trial, now set for December 31, 2024, is continued to **February 4, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 4, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: December 5, 2024.**

**BY THE COURT:**

**s/ Michael D. Nelson**
**United States Magistrate Judge**