IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MICHELLE LEE MARR,<br><br>　　　　　　Defendant. | 8:23–CR–214<br><br>ORDER |

Presently before the Court is the defendant's Motion in Limine and request for an evidentiary hearing. Filing 60. The Court will order the United States to file a Response to this Motion no later than Monday, December 23, 2024. In the Response, the United States should state whether it believes an evidentiary hearing on the Motion is required, and if so, which evidence should be heard at the hearing. Accordingly,

IT IS ORDERED that the United States shall respond to the defendant's Motion in Limine no later than Monday, December 23, 2024.

Dated this 12th day of December, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1